# United States District Court
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| | Case Number: **3:18-mj-0009 CMK** |
| CARMELIA M. HENRY | |
| | Josh Lowery |
| | Defendant's Attorney |

**THE DEFENDANT:**

[x]  pleaded guilty to count(s): __3__.
[ ]  pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s)___ after a plea of not guilty.
[x]  count(s) 1 and 2 are dismissed

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 43 CFR 8365.1-6 | Violate Supplemental Rule - 14 Day Camping Limit | 04/27/2018 | 3 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

05/15/2018
Date of Imposition of Judgment

_CRAIG M. KELLISON_
UNITED STATES MAGISTRATE JUDGE

05/15/2018
Date

# COURT PROBATION

The defendant is hereby sentenced to Court probation for a term of five (5) years.

1. During the term of probation, defendant Henry shall comply with the standard conditions of probation as follows:

    (a) Defendant shall not commit another federal, state or local crime; and

    (b) Defendant shall notify the court within seventy-two hours of begin arrested; and

    (c) Defendant shall notify the court ten days prior to any change in residence.

2. During the term of probation, defendant Henry shall comply with the following special terms and conditions of probation as follows:

    (a) Defendant shall not enter federal lands for a period of five (5) years including, but not limited to, lands supervised by the Bureau of Land Management; U.S. Forest Service; U.S. Park Service, Veteran's Administration.